UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Unites States of America

Plaintiff,

-vs.-

Angel Maria Vallecilla Quinones

Defendant.

Case No. 8:14-cr-290-T-33AEP

***********************************************************

MEMORANDUM OF POST CONVICTION ACTIVITIES AND BEHAVIOR RELEVANT TO
THIS COURT'S 18 U.S.C. 3553 ANALYSIS

As a result of a retroactive guidelines amendment (U.S.S.G. Amendment 782) lowering my baseline offense level for illegal drug importation, I am hereby seeking a reduction in my sentence. The Supreme Court pronounced that is determining whether to grant a sentence modification under 18 U.S.C. 3582 (c) (2) a district court should conduct a renewed 3552 analysis. See Peppers vs. United States, 131 Sect. 1229 (2011). Accordingly, I here recite my post sentencing effort at self-improvement, rehabilitation and self-awareness, as well as include several recommendation letters from my fellow inmates, prison staff and family.

1. Disciplinary Record

In federal prison inmates will often receive incident reports, colloquially referred to as "shots". These shots can range from a petty offense (leaving a book on top of the bed) to more serious violations (possession of contraband or assault). In over a year years, I have not received any disciplinary sanction which is a very uncommon scenario among new inmates that have served that amount of time, and shows my commitment to good behavior.

2. Prison Work History

My work history has been outstanding during the three years of my incarceration. During this time I have held different positions as I list below, exceeding my supervisor's expectations, and earning different promotions within the institution.

- Compound Orderly

3. Educational and Vocational Activities.

During the time of my incarceration, I have not engaged in any self pity or lackadaisical pursuits of immediate gratification, or mindless entertainment. Instead I enrolled my self in different courses that would help me in cope with the changes in society and provide me with the tools necessary to provide a living for myself and my family at the time of my release. My achievements in this area include:

- Enrolled in a ESL certification class

- Completed several art related courses

- Excelling in the reading and listening test administered by TABES

CONCLUSION

As you can see, both my behavior and educational record reflect the conscious effort that I have made since my sentence to rehabilitate myself in order to become a productive member of society.

I look forward to this court rewarding my diligence and dedication by lowering my sentence as much as the law allows.

Respectfully submitted this 1st day of June 2015 by

*Vallecilla Quinones*
Angel Maria Vallecilla Quinones   Inmate # 60997-018
Federal Correctional Complex Coleman Low
PO Box 1031
Coleman, FL 33521-1031

REGNO..: 60997-018 NAME: VALLECILLA-QUINONES, ANGEL MARIA

FBI NO............: 946584AE1           DATE OF BIRTH: 06-26-1971 AGE: 43
ARS1..............: COL/A-DES
UNIT..............: A-1                 QUARTERS.....: A03-037U
DETAINERS.........: YES                 NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 09-19-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 03-19-2023 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------

COURT OF JURISDICTION............: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER....................: 8:14-CR-290-T-33AEP
JUDGE............................: COVINGTON
DATE SENTENCED/PROBATION IMPOSED: 02-12-2015
DATE COMMITTED...................: 03-17-2015
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO     AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 859
OFF/CHG: 46:70503(A)(1) AND 70506(A) AND (B) AND 21:960(B)(1)(B)(II)
         CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE FIVE KILOGRAMS
         OR MORE OF COCAINE WHILE ON BOARD A VESSEL SUBJECT TO
         JURISDICTION OF THE UNITED STATES (CT.1)

   SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
   TERM OF SUPERVISION.............:    60 MONTHS
   DATE OF OFFENSE.................: 07-02-2014


G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 60997-018 NAME: VALLECILLA-QUINONES, ANGEL MARIA

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-01-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-05-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-12-2015
TOTAL TERM IN EFFECT............:    120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     10 YEARS
EARLIEST DATE OF OFFENSE........: 07-02-2014

JAIL CREDIT.....................:  FROM DATE      THRU DATE
                                   07-02-2014     02-11-2015

TOTAL PRIOR CREDIT TIME.........: 225
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 470
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 03-19-2023
EXPIRATION FULL TERM DATE.......: 07-01-2024
TIME SERVED.....................:     10 MONTHS    26 DAYS
PERCENTAGE OF FULL TERM SERVED..:      9.0

PROJECTED SATISFACTION DATE.....: 03-19-2023
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 05-01-15 INITIAL COMP. L/DPS.
                05.05.15-CERT L/RM*




G0002          MORE PAGES TO FOLLOW . . .

REGNO..: 60997-018 NAME: VALLECILLA-QUINONES, ANGEL MARIA

------------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 03-19-2015
AGENCY.......: IMMIGRATION & NATURALIZATION
AUTHORITY....: IMMIGRATION AND CUSTOMS ENFORCEMENT
CHARGES......: DEPORTATION OR REMOVAL FROM THE UNITED STATES HAS BEEN
               ORDERED. COLOMBIAN CITIZEN.




G0000          TRANSACTION SUCCESSFULLY COMPLETED

Angel Vallecilla. 60997-018
Federal Correchon Complex.
P.O. Box 1031.
Coleman, FL 33521

U.S. Courthouse.
801 Florida Ave.
Ste 727
Tampa, FL 33602

SCREENED USMS

RECEIVED VIA MAIL
JUN -8 2015
CLERK US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

33602384877